IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN JAMES,<br>    Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 06-891 |
| | : | |
| SHERMAN ACQUISITION, LP, et al.,<br>    Defendants | : | |

...o0o...

ORDER

For the reasons stated on the record during the hearing on October 26, 2006, and for the reason that plaintiff has failed to prosecute this action and has effectively abandoned it, this case is DISMISSED WITH PREJUDICE. All remaining open motions are DENIED.

The clerk shall CLOSE THIS CASE.

Filed: November 29, 2006          /s/
                                              ANDRÉ M. DAVIS
                                              United States District Judge